UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL SMITH, BRANDON HERMAN, CHAD PATTERSON, JEFFERY ROBERTS, MICHAEL WILL, SUSAN WINSTEAD, ROBERT BOHANNON, HOLLY BUCKINGHAM, RICHARD MORELLO, JR., ROBERT HARRIS, AMANDA LARISCY, and CHARLES NEWMAN, individually and on behalf of all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> COMPLYRIGHT, INC., a Minnesota corporation, <br><br> Defendant. | Civil Action No. 1:18-cv-4990 <br><br> Hon. Edmond E. Chang <br><br> CLASS ACTION <br><br> Jury Trial Demanded |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Marshall Smith, Brandon Herman, Chad Patterson, Jeffery Roberts, Michael Will, Susan Winstead, Robert Bohannon, Holly Buckingham, Richard Morello, Jr., Robert Harris, Amanda Lariscy, and Charles Newman, ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby bring this Unopposed Motion for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement Agreement. In support thereof, Plaintiffs respectfully submit as follows:

1. Plaintiffs request a two-day extension of the time limit to file their motion for preliminary approval of class action settlement agreement.

1

2. Pursuant to the Court's April 25, 2019 Order, Plaintiffs' motion for preliminary approval is due on May 20, 2019. ECF 77.

3. Since the April 25th status conference, counsel for the parties have worked diligently and cooperatively on the settlement agreement, notice documents, and preliminary approval motion.

4. All Plaintiffs' counsel have signed the Settlement Agreement. The motion for preliminary approval, notice documents, and other exhibits to the Settlement are also in final form and ready to be filed. Plaintiffs request an additional two days to obtain ComplyRight's executed signature page to the Settlement Agreement.

5. Counsel for the parties communicated via phone and email prior to the filing of this motion. ComplyRight does not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request a two-day extension of the time limit to file their motion for preliminary approval of class action settlement agreement.

DATED: May 20, 2019 Respectfully submitted,

/s/ Erich P. Schork

Ben Barnow
Erich P. Schork
Jeffrey D. Blake
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312)-641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

Laurence D. King
Matthew B. George
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

Aron D. Robinson
**LAW OFFICES OF ARON D. ROBINSON**
180 W. Washington, Suite 700
Chicago, IL 60602
Tel: (312) 857-9050
Fax: (312) 857-9054
adroblaw@aol.com

Benjamin F. Johns
Mark B. DeSanto
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
bfj@chimicles.com
mbd@chimicles.com

Jeremiah Frei-Pearson
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com

Matthew Harman
**HARMAN LAW FIRM**
3575 Piedmont Rd., Building 15
Suite 1040
Atlanta, GA 30305
Tel: (404) 554-0777
mharman@harmanlaw.com

David C. O'Mara
**THE O'MARA LAW FIRM**
311 East Liberty Street
Reno, NV 89501
david@omaralaw.net

Shpetim Ademi
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
sademi@ademilaw.com

Marc A. Wites
**WITES LAW FIRM**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 933-4400
mwites@witeslaw.com

*Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, the foregoing document was filed with the Court's CM/ECF system, which will provide notice of electronic filing to all counsel of record.

/s/ Erich P. Schork