# EXHIBIT C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL SMITH, BRANDON HERMAN, CHAD PATTERSON, JEFFERY ROBERTS, MICHAEL WILL, SUSAN WINSTEAD, ROBERT BOHANNON, HOLLY BUCKINGHAM, RICHARD MORELLO, JR., ROBERT HARRIS, AMANDA LARISCY, CHARLES NEWMAN, and PAUL CHRISTIANSEN individually and on behalf of all similarly situated persons, | Civil Action No. 1:18-cv-4990 |
| Plaintiffs, | CLASS ACTION |
| | Jury Trial Demanded |
| v. | Hon. Edmond E. Chang |
| COMPLYRIGHT, INC., a Minnesota corporation, | |
| Defendant. | |

## DECLARATION OF SHPETIM ADEMI
## FILED ON BEHALF OF ADEMI & O'REILLY LLP
## IN SUPPORT OF REPRESENTATIVE PLAINTIFFS' MOTION FOR
## AN AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES,
## AND REPRESENTATIVE PLAINTIFF SERVICE AWARDS

I, Shpetim Ademi declare as follows:

1.      I am the managing partner at the firm Ademi & O'Reilly LLP (the "Firm"). I submit this declaration in support of Representative Plaintiffs' Motion for Award of Attorneys' Fees, Costs, Expenses, and Representative Plaintiff Service Awards in connection with services rendered in the above-captioned litigation. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently as to the matters stated herein.

2.      I am one of plaintiff's counsel in this matter. The Firm undertook this matter solely on a contingency fee basis.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and maintained by the firm in the ordinary course of business.

4.      I am the person in the firm who oversaw and conducted the day-to-day activities of the Firm in the litigation, and I reviewed printouts (and supporting documentation where necessary and appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought as set forth herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation. I also believe the time and expenses are of the type that would normally be charged to a fee-paying client in the private legal marketplace.

5.      Attached hereto as Exhibit 1 is a summary of the Firm's lodestar. The summary includes the names of attorneys and professional support staff who worked on this case and each timekeeper's respective hours and lodestar at current rates. The hourly rates shown in Exhibit 1

are the usual and customary rates set by the Firm for each individual. The Firm has expended 35.10 hours working on this case and the total lodestar is $20,685.00.

6. The Firm has expended $471.30 in costs and expenses on this case. Those costs and expenses are summarized by category in Exhibit 2. The costs and expenses pertaining to this case are reflected in the books and records of the Firm. These books and records are prepared form receipts, expense vouchers, check records, and other documents and are an accurate record of the costs and expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of August, 2019, at Cudahy Wisconsin.

_____
Shpetim Ademi

# EXHIBIT 1

## Time Report

| Name | Experience | Hours | Rate | Lodestar |
|------|-----------|-------|------|----------|
| Shpetim Ademi (P) | 23 years | 19.7 | $750.00 | $14,775.00 |
| John D. Blythin (OC) | 16 years | .8 | $475.00 | $380.00 |
| Mark A. Eldridge (A) | 5 years | 7 | $410.00 | $2,870.00 |
| Ben J. Slatky (A) | 3 years | 7.6 | $350.00 | $2660.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS |  | 35.10 |  | $20,685.00 |

(P) Partner
(A) Associate
(OC) Of Counsel
(PL) Paralegal

# EXHIBIT 2

## Costs and Expenses Summary

| CATEGORY | TOTAL |
|---|---:|
| Transportation, Hotels, and Meals | |
| Telephone, Facsimile | $2.30 |
| Postage | $1.90 |
| Messenger, Overnight Delivery | |
| Photocopies | $15.1 |
| Electronic Research | $52.00 |
| Litigation Fund Contribution | |
| Court Fees | $400.00 |
| Witness/Service Fees | |
| Miscellaneous (Describe) | |
| | |
| TOTAL | $471.30 |