# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARSHALL SMITH, BRANDON HERMAN, CHAD PATTERSON, JEFFERY ROBERTS, MICHAEL WILL, SUSAN WINSTEAD, ROBERT BOHANNON, HOLLY BUCKINGHAM, RICHARD MORELLO, JR., ROBERT HARRIS, AMANDA LARISCY, CHARLES NEWMAN, and PAUL CHRISTIANSEN individually and on behalf of all similarly situated persons, | Civil Action No. 1:18-cv-4990 |
| | CLASS ACTION |
| Plaintiffs, | Jury Trial Demanded |
| | Hon. Edmond E. Chang |
| v. | |
| COMPLYRIGHT, INC., a Minnesota corporation, | |
| Defendant. | |

**DECLARATION OF JEREMIAH FREI-PEARSON FILED ON BEHALF OF**
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
**IN SUPPORT OF REPRESENTATIVE PLAINTIFFS' MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES,**
**AND REPRESENTATIVE PLAINTIFF SERVICE AWARDS**

I, Jeremiah Frei-Pearson, declare as follows:

1.      I am a founding partner of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"). I submit this declaration in support of Representative Plaintiffs' Motion for Award of Attorneys' Fees, Costs, Expenses, and Representative Plaintiff Service Awards in connection with services rendered in the above-captioned litigation. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently as to the matters stated herein.

2.      This Court appointed FBFG to the Plaintiff's Executive Committee on this case.

3.      The information in this declaration regarding FBG's time and expenses is taken from time and expense records prepared and maintained by FBFG in the ordinary course of business.

4.      I oversaw and conducted FBFG's day-to-day activities in the litigation, and I reviewed FBFG's time and expense records (and supporting documentation where necessary and appropriate) in connection with the preparation of this declaration. In reviewing these records, I exercised billing judgment and reduced certain time entries that may have been excessive. The purpose of the review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. I believe that the time reflected in FBFG lodestar calculation and the expenses for which payment is sought as set forth herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation. I also believe the time and expenses are of the type that would normally be charged to a fee-paying client in the private legal marketplace. FBFG took this matter solely on a contingency basis. FBFG works primarily on contingency, but FBFG does

sometimes have hourly clients and FBFG charges hourly clients the same rates that it bills in this case and in all other cases.

5.      Attached hereto as Exhibit 1 is a summary of FBFG's lodestar. The summary includes the names of attorneys and professional support staff who worked on this case and each timekeeper's respective hours and lodestar at current rates. The hourly rates shown in Exhibit 1 are the usual and customary rates set by FBFG for attorney. FBFG expended 54.7 hours working on this case and the total lodestar is $29,220.

6.      FBFG expended $295.01 in costs and expenses on this case. The costs and expenses pertaining to this case are reflected in FBFG's records. These records are prepared from receipts and are an accurate record of the costs and expenses.  Attached hereto as Exhibit 2 is a summary of FBFG's costs and expenses in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed this 23rd day of August, 2019, in White Plains, New York.




_Jeremiah Frei-Pearson_
_____
Jeremiah Frei-Pearson

# EXHIBIT 1

Time Report

| Name | Experience | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Jeremiah Frei-Pearson (P) | 16 years | 13.4 | $850 | $11,390 |
| Antonino Roman (A) | 21 years | 15 | $575 | $8,625 |
| Andrew White (A) | 3 years | 25.3 | $350 | $8,855 |
| C. Khalil (A) | 3 years | 1 | $350 | $350 |
| TOTAL | | 54.7 | | $29,220 |

(P) Partner
(A) Associate

# EXHIBIT 2

Costs and Expenses Summary

| CATEGORY | TOTAL |
|---|---|
| Transportation, Hotels, and Meals | $0 |
| Telephone, Facsimile | $0 |
| Postage | $80.35 |
| Messenger, Overnight Delivery | $0 |
| Photocopies | $0 |
| Electronic Research | $64.66 |
| Litigation Fund Contribution | $0 |
| Court Fees | $150 |
| Witness/Service Fees | $0 |
| Miscellaneous (Describe) | $0 |
| | |
| TOTAL | $295.01 |