# EXHIBIT H

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL SMITH, BRANDON HERMAN, CHAD PATTERSON, JEFFERY ROBERTS, MICHAEL WILL, SUSAN WINSTEAD, ROBERT BOHANNON, HOLLY BUCKINGHAM, RICHARD MORELLO, JR., ROBERT HARRIS, AMANDA LARISCY, CHARLES NEWMAN, and PAUL CHRISTIANSEN individually and on behalf of all similarly situated persons, | Civil Action No. 1:18-cv-4990<br><br>CLASS ACTION<br><br>Jury Trial Demanded<br><br>Hon. Edmond E. Chang |
| Plaintiffs, | |
| v. | |
| COMPLYRIGHT, INC., a Minnesota corporation, | |
| Defendant. | |

**DECLARATION OF MATTHEW HARMAN FILED ON BEHALF OF HARMAN LAW FIRM LLC IN SUPPORT OF REPRESENTATIVE PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND REPRESENTATIVE PLAINTIFF SERVICE AWARDS**

1

I, Matthew Harman, declare as follows:

1.      I am owner at the firm of Harman Law Firm LLC (the "Firm"). I submit this declaration in support of Representative Plaintiffs' Motion for Award of Attorneys' Fees, Costs, Expenses, and Representative Plaintiff Service Awards in connection with services rendered in the above-captioned litigation. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently as to the matters stated herein.

2.      I am one of plaintiff's counsel in this matter. The Firm undertook this matter solely on a contingency fee basis.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and maintained by the firm in the ordinary course of business.

4.      I am the person in the firm who oversaw and conducted the day-to-day activities of the Firm in the litigation, and I reviewed the supporting documentation (where necessary and appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the documents as well as the necessity for, and reasonableness of, the time committed to the litigation. I believe that the time reflected in the Firm's lodestar calculation for which payment is sought as set forth herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation. I also believe the time is of the type that would normally be charged to a fee-paying client in the private legal marketplace.

5.      Attached hereto as Exhibit 1 is a summary of the Firm's lodestar. The summary includes the names of attorneys and professional support staff who worked on this case and each timekeeper's respective hours and lodestar at current rates. The hourly rates shown in Exhibit 1

2

are the usual and customary rates set by the Firm for each individual. The Firm has expended 23.1 hours working on this case and the total lodestar is $8,585.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of August, 2019, at Atlanta, Georgia.

_____

Matthew Harman

# EXHIBIT 1

## Time Report

| Name | Experience | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Matthew Harman | P | 7.2 | $500.00 | $3,600.00 |
| Eric Fredrickson | A | 10.4 | $400.00 | $4,160.00 |
| Nancy Berke | PL | 5.5 | $150.00 | $ 825.00 |

(P) Partner
(A) Associate
(PL) Paralegal

4