# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL SMITH, BRANDON HERMAN, CHAD PATTERSON, JEFFERY ROBERTS, MICHAEL WILL, SUSAN WINSTEAD, ROBERT BOHANNON, HOLLY BUCKINGHAM, RICHARD MORELLO, JR., ROBERT HARRIS, AMANDA LARISCY, CHARLES NEWMAN, and PAUL CHRISTIANSEN individually and on behalf of all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> COMPLYRIGHT, INC., a Minnesota corporation, <br><br> Defendant. | Civil Action No. 1:18-cv-4990 <br><br> CLASS ACTION <br><br> Jury Trial Demanded <br><br> Hon. Edmond E. Chang |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO DISTRIBUTE AMOUNTS REMAINING IN THE SETTLEMENT FUND TO AGREED UPON CY PRES RECIPIENT

THIS MATTER coming before the Court on the Parties' Joint Motion to Distribute Amounts Remaining in the Settlement Fund to Agreed Upon Cy Pres Recipient, the Court being duly advised in the premises, IT IS HEREBY ORDERED:

The Parties' Joint Motion is GRANTED. The Settlement Administrator is directed to distribute all amounts remaining in the Settlement Fund to the Electronic Privacy Information Center.

Dated: December 11, 2020

*Edmond E. Chang*
Honorable Edmond E. Chang
United States District Judge